```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
                       CAMDEN VICINAGE
                 HONORABLE ROBERT B. KUGLER
```

| | |
|---|---|
| SECURIMETRICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> IRIDIAN TECHNOLOGIES, INC., <br><br> Defendant. | Civil No. 03-4394-RBK-AMD |

### SCHEDULING ORDER

This Scheduling Order sets forth the following directives:

**IT IS** this **4th** day of **January 2006**, hereby **ORDERED**:

1. The telephone status conference of January 12, 2006 is **rescheduled** to **January 19, 2006 at 3:30 P.M.**. Counsel for plaintiff shall initiate the telephone call.

s/ Ann Marie Donio
ANN MARIE DONIO
United States Magistrate Judge

cc:   Hon. Robert B. Kugler
      Barbara Fisher-Arthur, Courtroom Deputy