```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
                  HONORABLE ROBERT B. KUGLER
```

| | |
|---|---|
| SECURIMETRICS, INC., <br><br>             Plaintiff, <br><br>       v. <br><br> IRIDIAN TECHNOLOGIES, INC., <br><br>             Defendant. | Civil No. 03-4394-RBK-AMD |

### SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone status conference held on January 19, 2006; and the Court noting the following appearances: John F. Olsen, Esquire, Jason S. Angell, Esquire, and Robert E. Freitas, Esquire, appearing on behalf of plaintiff; and Mary Sue Henifin, Esquire, and Flavio L. Komuves, Esquire, appearing on behalf of defendant.

**IT IS** this **20th** day of **January 2006**, hereby **ORDERED**:

1. Depositions of proposed expert witnesses shall be concluded by **February 1, 2006**.

2. **Dispositive Motions**. Dispositive motions shall be filed with the Clerk of the Court no later than **February 17, 2006**. Opposition to the motion should be served in a timely fashion. Counsel are to follow Local Civil Rules 7.1(c), (d) and (e), 56.1 and 78.1 (Motion Practice - Generally).

3. The form Joint Final Pretrial Order (**original and two copies for the court, with sufficient copies for all counsel**), as signed by all counsel, shall be delivered to me at the **conference on April 27, 2006 at 2:30 P.M.**. The plaintiff's portion of the proposed order shall be prepared and sent to defense counsel not later than **April 6, 2006.** Defendant's portion of the proposed order shall be prepared and returned to counsel for plaintiff not later than **April 20, 2006. FAILURE TO APPEAR AT THIS CONFERENCE WILL LEAD TO THE IMPOSITION OF SANCTIONS, INCLUDING COSTS.**

**TRIAL COUNSEL MUST APPEAR AT THE FINAL PRETRIAL CONFERENCE UNLESS SPECIFICALLY EXCUSED BY THE COURT.  RULE 16(d), F. R. CIV. P.**

                                          s/ Ann Marie Donio
                                          ANN MARIE DONIO
                                          United States Magistrate Judge

cc:  Hon. Robert B. Kugler