(Docket Entry Nos. 213, 216, 218, 220, 222, 224, 226)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

_____  :
SECURIMETRICS, INC.,                    :
                                        :
           Plaintiff,                   :    Civil No. 03-04394 (RBK)
                                        :
     v.                                 :    **ORDER**
                                        :
IRIDIAN TECHNOLOGIES, INC.,             :
                                        :
           Defendant.                   :
_____:

THESE MATTERS having come before the Court upon (1) the parties' Joint Application for Entry of a Consent Order Regarding Briefing Schedule and Length of Parties' Briefs; (2) Plaintiff Securimetrics, Inc's ("Securimetrics") Motion to Seal Materials (D.E. No. 213); and (3) Securimetrics' six Motions for Summary Judgment (D.E. Nos. 216, 218, 220, 222, 224, 226); and the Court having considered the moving papers and having held a telephone conference with counsel for both parties on February 24, 2006; and

IT APPEARING TO THE COURT that Securimetrics has filed six separate motions for summary judgment on Defendant Iridian Technologies, Inc.'s ("Iridian") counterclaims and affirmative defenses, rather than one motion for summary judgment addressing all counterclaims and defenses within the page limits prescribed by the Local

Civil Rules;

IT IS HEREBY ORDERED that Securimetrics' six motions for summary judgment will be denied without prejudice (D.E. Nos. 216, 218, 220, 222, 224, 226); and

IT IS FURTHER ORDERED that Securimetrics will have until the close of business on Monday, February 27, 2006 to submit a consolidated motion for summary judgment addressing Iridian's counterclaims and defenses; and

IT IS FURTHER ORDERED that should Securimetrics file a consolidated motion for summary judgment by February 27, 2006, Iridian shall have until March 20, 2006 to file an opposition to Securimetrics' consolidated motion for summary judgment, and Securimetrics shall have until March 27, 2006 to file any reply thereto; and

IT IS FURTHER ORDERED that should Securimetrics seek to file a motion to seal the materials contained in its consolidated motion for summary judgment, Securimetrics must submit a new motion to seal that sets forth the particularized reasons why the materials must be kept under seal; and

IT IS FURTHER ORDERED that Iridian's brief in opposition to Securimetrics' consolidated motion for summary judgment may extend to 40 pages, and Securimetrics' brief in opposition to Iridian's motion for summary judgment may likewise extend to 40 pages.

Dated:   2-24-06                                                                  s/ Robert B. Kugler
                                                                                           ROBERT B. KUGLER
                                                                                           United States District Judge