# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

# MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**            **DATE OF PROCEEDINGS:** 2/24/06

**JUDGE:** Robert B. Kugler

**COURT REPORTER:**

**OTHERS:**            **DOCKET NO:** Civ. #03-4394

**TITLE OF CASE:**

SECURIMETRICS, INC.
  (vs)
IRIDIAN TECHNOLOGIES, INC., ET AL.

**APPEARANCES:**
Jack Chan, Esq. (ROBERTSON, FREILICH, BRUNO & COHEN, LLC) for pltf.
Mary S. Henifin, Esq. (BUCHANAN INGERSOLL, PC) for defts.

**NATURE OF PROCEEDINGS:**

TELEPHONE CONFERENCE HELD

                                  _____
                                      Deputy Clerk

Time Commenced: 11:00 AM      Time Adjourned: 11:15 AM