**ROBERTSON, FREILICH, BRUNO & COHEN, LLC**
JOHN F. OLSEN (JO-8553)
One Riverfront Plaza, 4th Floor
Newark, New Jersey 07102
Telephone: (973) 848-2100
Facsimile: (973) 848-2138

**ORRICK, HERRINGTON & SUTCLIFFE, LLP**
ROBERT E. FREITAS (RF-1569)
JASON S. ANGELL (JA-6174)
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiff
SECURIMETRICS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURIMETRICS, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>IRIDIAN TECHNOLOGIES, INC.,<br><br>     Defendant. | Civil Action No.  1:03-cv-4394 (RBK)<br><br>**PLAINTIFF SECURIMETRICS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS AS MOOT AND/OR FOR SUMMARY JUDGMENT ON DEFENDANT IRIDIAN TECHNOLOGIES, INC.'S COUNTERCLAIM COUNTS I, III, IV, V, VI, VII, VIII, IX, XI, XIII AND NINTH AFFIRMATIVE DEFENSE**<br><br>Hearing Date:    March 31, 2006<br>Hearing Time:    T.B.D.<br>Judge:    Hon. Robert B. Kugler<br><br>*Document Filed Electronically* |

PLEASE TAKE NOTICE that on March 31, 2006 at _____a.m. or as soon thereafter as the matter may be heard before the Honorable Robert B. Kugler, United States District Court for the District of New Jersey, Mitchell H. Cohen United States Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, New Jersey 08108, Plaintiff SecuriMetrics, Inc. will move the Court for an order to dismiss as moot and/or for summary judgment on Defendant Iridian Technologies, Inc.'s Counterclaim Counts I, III, IV, V, VI, VII, VIII, IX, XI, XIII and Ninth Affirmative Defense. The motion is based on this notice, the accompanying memorandum in support of the motion, the papers on file in this action, any matter of which the Court may take judicial notice, any oral argument given at the hearing on the motion and any other matter that the Court deems appropriate.

Dated: February 27, 2006             ROBERTSON, FREILICH, BRUNO & COHEN, LLC

*/s/ John F. Olsen*
John F. Olsen
Attorneys for Plaintiff
SecuriMetrics, Inc.