**ROBERTSON, FREILICH, BRUNO & COHEN, LLC**
JOHN F. OLSEN (JO-8553)
One Riverfront Plaza, 4th Floor
Newark, New Jersey 07102
Telephone: (973) 848-2100
Facsimile: (973) 848-2138

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
ROBERT E. FREITAS (RF-1569)
JASON S. ANGELL (JA-6174)
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Plaintiff
SecuriMetrics, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURIMETRICS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>IRIDIAN TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No. 1:03-cv-4394 (RBK)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SECURIMETRICS, INC.'S MOTION TO DISMISS AS MOOT AND/OR FOR SUMMARY JUDGMENT ON DEFENDANT IRIDIAN TECHNOLOGIES, INC.'S COUNTERCLAIM COUNTS I, III, IV, V, VI, VII, VIII, IX, XI, XIII AND NINTH AFFIRMATIVE DEFENSE**<br><br>Date:  March 31, 2006<br>Time:  T.B.D.<br>Judge:  Hon. Robert B. Kugler<br><br>*Document Filed Electronically* |

Plaintiff SecuriMetrics, Inc. has moved to dismiss as moot and/or for summary judgment on defendant Iridian Technologies Inc.'s ("Iridian") counterclaim counts I, III, IV, V, VI, VII, VIII, IX, XI, XIII and Ninth Affirmative Defense.

The Court having read and considered the motion and the supporting documents thereto, the opposition and supporting documents filed thereto, and having heard arguments for and against the motion,

IT IS ORDERED that the motion be, and is hereby, GRANTED.

Dated: _____

_____
The Honorable Robert B. Kugler
United States District Judge